BEFORE THE SECOND DIVISION, DECEMBER 18, 1968

**No. P68/511.**—Seedman International Corp. *v.* United States, protests 64/11875 and 64/19498 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of sirens similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (55 Cust. Ct. 472, Abstract 69607), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 23, 1968

**No. P68/512.**—Raleigh Industries of America, Inc., et al. *v.* United States, protests 62/17806, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiffs was sustained.

**No. P68/513.**—Ohio Radio Manufacturing Co. and Harper, Robinson & Co. *v.* United States, protests 62/5555 and 62/18503 (San Francisco).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 30, 1968

(NOTE: The following protest was decided by a special first division consisting of Watson, Maletz, and Newman, Judges.)